

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

April 3, 1950

Hon. Robert S. Calvert
Comptroller of Public Accounts
Austin, Texas

Opinion No. V-1027.

Re: Classification of the taxes
levied by H.B. No. 3, Acts
51st Leg., 1st C.S., to deter-
mine which are occupation
taxes.

Dear Sir:

Your letter requesting our opinion relating to the above captioned matter reads as follows:

"Article XIV of House Bill Number Three, Acts of the First Called Session of the Fifty-first Legislature, provides in part as follows:

"'THE STATE HOSPITAL FUND is created hereby. All revenue and funds derived under and by virtue of the provisions of this Act, save and except any portion required by Section 3, Article 7 of the Constitution of the State of Texas to be set apart for the benefit of the Public Free Schools, shall be paid into such STATE HOSPITAL FUND,anything in this Act or any other law of this State to the contrary notwithstanding.'

"I shall thank you to set out in detail, of the revenue and funds derived under the above named Act, that portion required by Section 3, Article 7 of the Constitution of the State of Texas to be set apart for the benefit of Public Free Schools."

Section 3, Article VII, Constitution of Texas, provides:

"One-fourth of the revenue derived from the State occupation taxes. . . shall be set apart annually for the benefit of the Public Free Schools;. . ."

It follows that one-fourth of the revenue collected upon the taxes levied by H.B. No. 3 that are "occupation taxes" must be set apart for the benefit of the Public Free Schools.

The following in our opinion are occupation taxes: Oil production, gas production, sulphur production, telephone gross receipts, gas, electric and water company gross receipts, carbon black production, cement distributors', motor carrier gross receipts, oil well servicing, insurance gross receipts, and chain store.

The following in our opinion are not occupation taxes: Motor vehicle sales and use, liquor and wine sales, franchise, new radio, television sets, cosmetics and playing cards sales, stock transfer, and beer sales.

Our opinion is based on the following authorities: Producers' Oil Co. v. Stephens, 99 S.W. 157 (Tex. Civ. App. 1906); State v. Humphrey, 159 S.W. 2d 162 (Tex. Civ. App. 1941); W. R. Davis, Inc. v. State, 142 Tex. 637, 180 S.W. 2d 429 (1944); Oliver Iron Mining Co. v. Lord, 262 U.S. 172, 43 S. Ct. 526 (1922); Dallas Gas Co. v. State, 261 S.W. 1063 (1924); State Tax Commission v. Hughes Drug Co., 293 S.W. 944 (Ky. Civ. App. 1927); United North & South Dev. Co. v. Heath, 78 S.W. 2d 650 (Tex. Civ. App. 1934); Gaar, Scott & Co. v. Shannon, 115 S.W. 361 (Tex. Civ. App. 1909); Phillips Chemical Co. v. Sheppard, 219 S.W. 2d 1010 (Tex. Civ. App. 1949); Trinity Portland Cement Co. v. State, 144 S.W.2d 329 (Tex. Civ. App. 1940); Texas Consolidated Transp. Co. v. State, 210 S.W.2d 891 (Tex. Civ. App. 1948); Cobb v. Harrington, 144 Tex. 360, 190 S.W.2d 790 (1945); Southern Realty Corp. v. McCallum, 65 F.2d 934 (1933); Western Co. v. Sheppard, 181 S.W.2d 850 (Tex. Civ. App. 1944); Sheppard v. Rotary Engineering Co., 208 S.W.2d 656 (Tex. Civ. App. 1948); Kansas City Life Ins. Co. v. Love, 101 Tex. 531, 109 S.W. 863 (1908); Hurt v. Cooper, 113 S.W.2d 929 (Tex. Civ. App. 1938; Hurt v. Cooper, 130 Tex. 433, 110 S.W.2d 896 (1937); Sec. 30-002, C.C.H.; Attorney General's Opinions 0-4731 and 0-4847; Edward Brown & Sons v. McColgan, 128 P.2d 186, 53 Cal.App.2d 504.

## SUMMARY

One fourth of the revenue collected by virtue of H.B. No. 3, 51st Leg., 1st C.S., 1950, from the following taxes, viz., oil production, gas production, sulphur production, telephone gross receipts, gas,

electric and water company gross receipts, carbon black production, cement distributors', motor carrier gross receipts, oil well servicing, insurance gross receipts, and chain store, must be set apart for the benefit of the Public Free Schools, as such taxes are occupation taxes.  Section 3, Article VII, Constitution of Texas.

Yours very truly,

PRICE DANIEL
Attorney General

By W. V. Geppert
W. V. Geppert
Assistant

APPROVED:

Charles D. Mathews
Executive Assistant

WVG:amm